1

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                        **FOR THE DISTRICT OF ARIZONA**

8

9    Tyler Simpson,                          No. CV-24-02839-PHX-KML

10                  Plaintiff,               **ORDER**

11   v.

12   Drivetime Car Sales Company LLC,

13                  Defendant.

14

15          Pursuant to the parties' stipulation,

16          **IT IS ORDERED** the Stipulation (Doc. 12) is **GRANTED**. This case is

17   **DISMISSED WITH PREJUDICE**, each party to bear its own attorneys' fees and costs.

18          Dated this 20th day of December, 2024.

19

20

21          _____

22                  **Honorable Krissa M. Lanham**
                    **United States District Judge**

23

24

25

26

27

28